# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

EDITH MAE MAY,

    Plaintiff,

v.                                               Case No. 18-CV-1452

TIMOTHY HESCHKE,

    Defendant.

---

EDITH MAE MAY,

    Plaintiff,

v.                                               Case No. 19-CV-1236

DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

---

EDITH MAE MAY,

    Plaintiff,

v.                                               Case No. 21-CV-450

CO HERMAN, *et al.*,

    Defendant.

---

# ORDER

On March 7, 2022, *pro se* plaintiff Edith Mae May filed motions in eight cases either pending or recently closed in this district demanding that the court stop all filing fee deductions. The three cases in the caption above are before this court, and so the court will address the motions as they pertain to those cases.

May has filed similar motions in the past arguing that the court is illegally deducting filing fees pursuant to 28 U.S.C. § 1915(b)(2). Various courts in the Eastern District, including this one, have denied these motions. (*See, e.g.,* Case No. 18-1452, ECF No. 43; Case No. 19-286, ECF No.14; Case No. 19-516, ECF No. 10; and Case No. 21-555, ECF No. 15). It has been explained to May on several occasions that she misunderstands the applicable statute, and that it does in fact allow for deductions even when the prisoner's trust account monthly balance is less than $10.

Additionally, the court has explained to May on several occasions that the purpose of deducting filing fees is to deter the filing frivolous lawsuits. To allow May's deductions to cease would flout that purpose. Since 2013, May has filed over 30 cases in the Eastern District of Wisconsin and has never prevailed. At least a third of those cases were voluntarily dismissed by May, and another third were dismissed because May could not pay the initial partial filing fee or provide a certified trust account statement. These suits take up valuable court resources. Thus, the prospect of having to eventually pay back the filing fee regardless of the outcome of the case is one of the few deterrents that may prevent May from filing frivolous lawsuits. Because this issue has been addressed several times by this

2

court and by other courts in the Eastern District, and because it has been determined by those courts that granting these motions would inappropriately relieve her of her obligation to pay the filing fee on the cases she chose to file, the court denies her motions.

**THEREFORE, IT IS HEREBY ORDERED** that May's motions for an order to stop the federal filing fee deductions (Case No. 18-cv-1425, ECF No. 140; Case No. 19-1236, ECF Nos. 15, 16; Case No. 21-450, ECF No. 6) are **DENIED**.

Dated at Milwaukee, Wisconsin this 11th day of March, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

3

Case 2:18-cv-01452-NJ   Filed 03/11/22   Page 3 of 3   Document 141